# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KARI HUGH

NO. 2025 KW 1017

**JANUARY 9, 2026**

---

In Re:    Kari Hugh, applying for supervisory writs, 23rd Judicial
          District Court, Parish of Ascension, No. 635837.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

    **WRIT NOT CONSIDERED.** Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-5 (A) and (C)(10), by failing to include an affidavit verifying allegations of petition and service, and all pertinent court minutes. Furthermore, we note that relator failed to provide a complete copy of the trial transcripts and any exhibits introduced at the trial, which would be necessary to review her claims. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before March 10, 2026. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

SMM
BDE
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT